Certificate Number: 14912-NJ-DE-030763255

Bankruptcy Case Number: 18-13304



14912-NJ-DE-030763255

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 22, 2018</u>, at <u>9:08</u> o'clock <u>PM EDT</u>, <u>Michelle Hermann</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>March 22, 2018</u>      By:  <u>/s/Jai Bhatt</u>

　　　　　　　　　　　　　　　　　Name:  <u>Jai Bhatt</u>

　　　　　　　　　　　　　　　　　Title:  <u>Counselor</u>