Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 18−13304−JKS
                    Chapter: 13
                    Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michelle Hermann
   220 Dapple Court
   Wilmington, NC 28403

Social Security No.:
   xxx−xx−6921

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on June 21, 2018.

   On 9/11/18 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                   October 11, 2018
Time:                  09:00 AM
Location:            Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 12, 2018
JAN: smz

                                                                                         Jeanne Naughton
                                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Michelle Hermann
    Debtor

Case No. 18-13304-JKS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2      Date Rcvd: Sep 12, 2018
                         Form ID: 185      Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2018.

```
db               +Michelle Hermann,    220 Dapple Court,     Wilmington, NC 28403-1612
517342755         Aargon Collection Agency,    8668 Spring Mountain Rd,    Las Vegas, NV  89117-4132
517342756         Acupath Laboratories Inc,    28 S Terminal Dr,    Plainview, NY  11803-2309
517342757         Allied Interstae Collection,    PO Box 530948,    Atlanta, GA  30353-0948
517342761         Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE  19899-8803
517342776        ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                 (address filed with court: Mabt/contfin,     PO Box 8099,    Newark, DE  19714-8099)
517449587         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517342764         Ccs/First National Ban,    PO Box 5097,    Sioux Falls, SD  57117-5097
517342765         Citibank North America,    PO Box 790040,    Saint Louis, MO  63179-0040
517456705        +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                  Sioux Falls, SD 57104-0493
517342768         Dsnb Macys,    PO Box 8053,    Mason, OH  45040-8053
517342769        +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD  57104-4868
517342770         Hal H. Kimowitz DMD,    75 Bloomfield Ave Ste 205,    Denville, NJ  07834-2737
517342772         Home Point Financial,    Nmls,    9 Entin Rd # 7706,    Parsippany, NJ  07054-5000
517342771         Home Point Financial,    PO Box 77404,    Ewing, NJ  08628-6404
517485728        +Home Point Financial Corporation,    11511 Luna Road,    Ste. 300,
                  Farmers Branch, TX 75234-6022
517342774         Kohls/capone,    PO Box 30285,    Salt Lake City, UT  84130-0285
517342775         LCA Collections,    PO Box 2240,    Burlington, NC  27216-2240
517342777         Mohela/Dept of Ed,    633 Spirit Dr,    Chesterfield, MO  63005-1243
517342778         Mount Olive Township,    PO Box 450,    Budd Lake, NJ  07828-0450
517342782        ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Division of Taxation,    PO Box 245,
                  Trenton, NJ  08695-0245)
517342779         Sears/Cbna,    PO Box 790040,    Saint Louis, MO  63179-0040
517342780         Skylands,    33 Newton Sparta Rd,    Newton, NJ  07860-2764
517342781         Skylands Medical Group,    33 Newton Sparta Rd Ste 5,    Newton, NJ  07860-2764
517342788         Verve,    PO Box 3220,    Buffalo, NY  14240-3220
517342790         WFFNB/Bob's Disount Furntiure,    PO Box 10438,    Des Moines, IA  50306-0438
517412569         Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg               E-mail/Text: usanj.njbankr@usdoj.gov Sep 12 2018 23:56:06      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg              +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 12 2018 23:56:03      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr               +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2018 23:53:39
                  Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
517385077         E-mail/Text: ally@ebn.phinsolutions.com Sep 12 2018 23:55:07      Ally Financial,
                  PO Box 130424,    Roseville MN 55113-0004
517342758         E-mail/Text: ally@ebn.phinsolutions.com Sep 12 2018 23:55:07      Ally Financial,
                  200 Renaissance Ctr,    Detroit, MI  48243-1300
517342759         E-mail/Text: bkrpt@retrievalmasters.com Sep 12 2018 23:56:02
                  American Medical Collection Agency,    4 Westchester Plz Ste 110,    Elmsford, NY  10523-1615
517481151         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 12 2018 23:54:32
                  Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                  Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
517342760         E-mail/Text: bk@avant.com Sep 12 2018 23:56:53      Avant,    PO Box 9183380,
                  Chicago, IL  60691-3380
517342762         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 12 2018 23:54:24      Capital One,
                  PO Box 30285,    Salt Lake City, UT  84130-0285
517342763         E-mail/Text: bkr@cardworks.com Sep 12 2018 23:54:57      Cardworks/CW nexus,    PO Box 9201,
                  Old Bethpage, NY  11804-9001
517342766         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 12 2018 23:55:48      Comenitybank/victoria,
                  PO Box 182125,    Columbus, OH  43218-2125
517342767         E-mail/PDF: creditonebknotifications@resurgent.com Sep 12 2018 23:53:50      Credit One Bank NA,
                  PO Box 98873,    Las Vegas, NV  89193-8873
517342773         E-mail/Text: cio.bncmail@irs.gov Sep 12 2018 23:55:27      IRS,    955 S Springfield Ave Bldg A,
                  Springfield, NJ  07081-3570
517480303         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 12 2018 23:54:34
                  LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                  FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517480883         E-mail/Text: bkr@cardworks.com Sep 12 2018 23:54:57      MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517485075        +E-mail/Text: bankruptcydpt@mcmcg.com Sep 12 2018 23:56:02      MIDLAND FUNDING LLC,
                  PO Box 2011,    Warren, MI 48090-2011
517459682         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 13 2018 00:17:02
                  Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Sep 12, 2018
                              Form ID: 185             Total Noticed: 56

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517448468       +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 12 2018 23:56:22      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
517476367        E-mail/Text: bnc-quantum@quantum3group.com Sep 12 2018 23:55:57
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
517448776        E-mail/Text: bnc-quantum@quantum3group.com Sep 12 2018 23:55:57
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
517342783        E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2018 23:53:37      Syncb/Care Credit,
                 PO Box 965060,   Orlando, FL 32896-5060
517342784        E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2018 23:53:01      Syncb/jcp,   PO Box 965060,
                 Orlando, FL 32896-5060
517342785        E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2018 23:53:02      Syncb/paypal Smart Con,
                 PO Box 965005,   Orlando, FL 32896-5005
517342786        E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2018 23:53:01      Syncb/tjx Cos,   PO Box 965060,
                 Orlando, FL 32896-5060
517342787        E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2018 23:54:19      SynchRoNY Bank/Amazon,
                 PO Box 965060,   Orlando, FL 32896-5060
517345240       +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2018 23:53:02      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517474706       +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2018 23:53:02      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
517468053       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 13 2018 00:06:04      Verizon,
                 by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517342789        E-mail/Text: bnc-bluestem@quantum3group.com Sep 12 2018 23:56:53      Web Bank/Fingerhut,
                 PO Box 166,   Newark, NJ 07101-0166
                                                                                               TOTAL: 29

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2018 at the address(es) listed below:
          J. Todd Murphy    on behalf of Debtor Michelle   Hermann tmurphy@toddmurphylaw.com,
           tmurphyecfmail@gmail.com;ejacobson26@gmail.com;G7187@notify.cincompass.com
          Kevin Gordon McDonald    on behalf of Creditor   Home Point Financial Corporation
           kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 4
```